IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER MOORE<br>　　　　　Petitioner,<br>　　v.<br>CHAD WAKEFIELD, *et al.*,<br>　　　　　Respondents. | CIVIL ACTION NO. 19-576 |

# ORDER

**AND NOW,** this 29th day of March 2022, upon careful and independent consideration of the Petition for Writ of Habeas Corpus, and all related filings, and upon review of the Report and Recommendation of United States Magistrate Judge Elizabeth Hey, and the Objections thereto, and for the reasons discussed in the accompanying Memorandum Opinion, it is hereby **ORDERED** that:

1. The Objections are **OVERRULED;**

2. The Report and Recommendation [Doc. No. 31] is **APPROVED** and **ADOPTED**;

3. The Petition for Writ of Habeas Corpus, with all supplements and amendments thereto, is **DISMISSED with prejudice and without an evidentiary hearing**;

4. There is no probable cause to issue a certificate of appealability; and

5. The Clerk is directed to **CLOSE** the case.

It is so **ORDERED**.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:
　　　　　　　　　　　　　　　　　　　　/s/ Cynthia M. Rufe
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**CYNTHIA M. RUFE, J.**